NOV 27 2009

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
ATLANTA DIVISION

| | |
|---|---|
| THE PEP BOYS – MANNY, MOE & JACK (INC.), <br><br> Plaintiff, <br><br> v. <br><br> BUCKNER ELECTRIC COMPANY, d/b/a BUCKNER ELECTRIC AND TREE SERVICE AND COLUMBIA NATIONAL INSURANCE COMPANY, <br><br> Defendants. | Civil Action File No. <br><br> **1 09-cv-3351** |

## NOTICE OF REMOVAL

COME NOW Buckner Electric Company, d/b/a Bucker Electric and Tree Service and Columbia National Insurance Company, Defendants in the above-styled suit, and within the time prescribed by law, files this Notice of Removal, and respectfully shows to the Court the following facts:

1.

Plaintiff The Pep Boys – Manny, Moe & Jack (INC.) has filed suit against Bucker Electric Company, d/b/a Buckner Electric and Tree Service and Columbia

National Insurance Company, in the Superior Court of Fulton County, State of Georgia. This suit is styled as above and numbered Civil Action File No. 2009CV176968 in that Court. This suit involves a sum in excess of $75,000.

2.

Plaintiff is a resident of the State of Pennsylvania.

3.

Columbia National Insurance Company is a Nebraska corporation with its principle place of business located in Missouri. Columbia National Insurance Company is not a citizen of the States of Georgia or Pennsylvania, and was not a citizen of the States of Georgia or Pennsylvania on the date of filing of the aforesaid civil action and has not been thereafter.

4.

Buckner Electric Company d/b/a Buckner Electric Service is a Georgia corporation that is not a citizen of the States of Nebraska, Missouri or Pennsylvania, and was not a citizen of the States of Nebraska, Missouri or Pennsylvania on the date of filing of the aforesaid civil action and has not been thereafter.

5.

As shown above, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

6.

The aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 and, accordingly, is one which may be removed to this Court by Defendant pursuant to the provisions of Title 28 of the United States Code § 1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs, and is between citizens of different states.

7.

These Defendants have filed their Notice within 30 days of service pursuant to the requirements of 28 U.S.C. § 1446(b).

WHEREFORE, Defendants Buckner Electric Company, d/b/a Buckner Electric and Tree Service and Columbia National Insurance Company pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Signatures continued on the following page.

This 25 day of November, 2009.

                              Respectfully submitted,

                              HICKS, CASEY & FOSTER, P.C.

                              RICHARD C. FOSTER, ESQ.
                              Georgia State Bar No.: 271057
                              *Attorney for Defendants*

HICKS, CASEY & FOSTER, P.C.
136 N. Fairground Street
Marietta, Georgia 30060
Phone: (770) 428-1000
Fax: (770) 428-4684

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
ATLANTA DIVISION

| | |
|---|---|
| MALCOLM BRUCE,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC, LLC,<br><br>Defendant. | Civil Action File No. |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Notice of Removal* upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

Charles Allen Ratz
Gilliland Ratz Browning P.C.
1455 Lincoln Parkway, Suite 300
Atlanta, GA 30346

This 25 day of November, 2009.

Richard C. Foster