IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THE PEP BOYS - MANNY, MOE & JACK (INC.)

    Plaintiff(s),

v.

BUCKNER ELECTRONIC COMPANY, et al:,

    Defendant(s).

NO. 1:09-CV-3351-JEC

*FILED IN CHAMBERS*
*U.S.D.C. Atlanta*
*APR 09 2010*
*JAMES N. HATTEN, Clerk*
*By: [signature] Deputy Clerk*

### SCHEDULING ORDER

The above entitled action is presently before the Court pursuant to the filing of the parties' Joint Preliminary Planning Report and Scheduling Order. In the report, the parties have indicated they **DO NOT** anticipate the need for additional time beyond the assigned **FOUR-MONTH** discovery track to complete discovery.

ACCORDINGLY, IT IS HEREBY ORDERED that the discovery deadline in this case is **APRIL 26, 2010**. Any Motions for Summary Judgment must be filed by **MAY 17, 2010**, and if no Motions for Summary Judgment are filed, the Proposed Consolidated Pretrial Order will be due on **MAY 27, 2010**. However, if a Motion for Summary Judgment is filed, the Proposed Consolidated Pretrial Order will be due within 30 days of the Court's ruling on the Motion for Summary Judgment.

AO 72A
(Rev.8/82)

IT IS FURTHER ORDERED that the parties are directed to adhere to the above deadlines. Any motions requesting extensions of time must be made prior to the existing deadline and will be granted **only** in exceptional cases where the circumstances on which the request is based did not exist or the attorney(s) could not have anticipated that such circumstances would arise at the time the Preliminary Planning Report was filed. Failure to comply with this order may result in the imposition of sanctions, including the dismissal of this action.

The Clerk is directed to submit this action by **MAY 28, 2010**, if the parties have not filed a Motion for Summary Judgment or Proposed Consolidated Pretrial Order.

The parties are reminded that all future pleadings and other papers in this case must be in compliance with this Court's local rule regarding font size. *See* **LR 5.1B, NDGa.**[1] Pursuant to this rule, computer documents must be prepared in either **Times New Roman (at least 14 point), Courier New (at least 12 point), Century Schoolbook (at least 13 point) or Book Antiqua, (at least 13 point) fonts; typewriter prepared documents must be prepared with no more than 10

---

[1] While footnotes may be single spaced, they should also be in compliance with the above local rule. The parties should also note the local rule regarding margins. *See* LR 5.1C, NDGa. Although the Court will accept a one inch top margin, the left margin must be no less than one inch.

characters per inch. **THE PARTIES ARE HEREBY PUT ON NOTICE THAT THE COURT MAY STRIKE FUTURE PLEADINGS OR CORRESPONDENCE THAT VIOLATE THE ABOVE LOCAL RULES.** Besides being a rule violation, submission of pleadings in small print size is poor advocacy, as print that is hard to read may not get the same consideration as print that is more legible.

At the end of any pleading, counsel must **certify** that the brief has been prepared with one of the font and point selections approved by the court in LR 5.1B and **specify** the font used.

SO ORDERED, this __9__ day of APRIL, 2010

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A (Rev.8/82)